IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McKee, Robert J | Case Number: 07 B 09854 |
|---|---|---|
|  | McKee, Cheryl L | Judge: Hollis, Pamela S |
|  | Printed: 1/8/08 | Filed: 6/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 450.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 425.70 |
| Trustee Fee: |  | 24.30 |
| Other Funds: |  | 0.00 |
| Totals: | 450.00 | 450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,668.00 | 425.70 |
| 2. | RoundUp Funding LLC | Unsecured | 357.28 | 0.00 |
| 3. | Vativ Recovery Solutions LLC | Unsecured | 688.48 | 0.00 |
| 4. | Genesis Financial Solutions, Inc | Unsecured | 2,148.74 | 0.00 |
| 5. | General Motors Acceptance Corp | Unsecured | 8,541.57 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 560.08 | 0.00 |
| 7. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 8. | American General Finance | Unsecured |  | No Claim Filed |
| 9. | American General Finance | Unsecured |  | No Claim Filed |
| 10. | Check N Go | Unsecured |  | No Claim Filed |
| 11. | Finanagan Chiropractic Clinic | Unsecured |  | No Claim Filed |
| 12. | First Premier Bank | Unsecured |  | No Claim Filed |
| 13. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 14. | Advocate Christ Hospital | Unsecured |  | No Claim Filed |
| 15. | Seventh Avenue | Unsecured |  | No Claim Filed |
| 16. | Providian | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 14,964.15 | $ 425.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 24.30 |
|  | _____ |
|  | $ 24.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McKee, Robert J<br>McKee, Cheryl L<br>Printed:  1/8/08 | Case Number:  07 B 09854<br>Judge:  Hollis, Pamela S<br>Filed:  6/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

